# CASE ANNOUNCEMENTS

*December 29, 2009*

[Cite as *12/29/2009 Case Announcements*, 2009-Ohio-6877.]

## MOTION AND PROCEDURAL RULINGS

**2009–2295.   State ex rel. Williams v. Bessey.**
Franklin App. No. 08AP–158. This cause was filed as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Franklin County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

**2009–2312.   [State ex rel.] Karnofel v. Bernard.**
Trumbull App. No. 2008T0063. This cause was filed as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Trumbull County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

# CASE ANNOUNCEMENTS

*December 29, 2009*

[Cite as *12/29/2009 Case Announcements #2*, 2009-Ohio-6904.]

## MOTION AND PROCEDURAL RULINGS

**2009–2068.   State ex rel. Hamilton Cty. Bd. of Commrs. v. Hamilton Cty. Court of Common Pleas.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration thereof,

It is ordered, sua sponte, that the October 15, 2009 order of the Hamilton County Court of Common Pleas in case No. M0201052, *In re Appointment of Special Legal Counsel*, is hereby stayed pending further order of this court.

O'CONNOR, J., dissents and would deny the stay until such time as a party to the case requests a stay pending this court's resolution of the writ.